UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Trustees of the
LABORERS PENSION TRUST FUND - DETROIT & VICINITY;
LABORERS VACATION & HOLIDAY TRUST FUND - DETROIT & VICINITY; LABORERS
METROPOLITAN DETROIT HEALTH & WELFARE FUND;
LABORERS ANNUITY FUND - DETROIT & VICINITY; and the
MICHIGAN LABORERS TRAINING FUND, trust funds established under,
and administered pursuant to, federal law,

    Plaintiffs,

                                       Case No. 08-10328
                                       HON. ROBERT H. CLELAND

v.

ARTISAN MICHIGAN INC.,
a domestic Michigan corporation,

    Defendant.
_____/

SACHS WALDMAN, P.C.
GEORGE H. KRUSZEWSKI (P25857)
Attorneys for Plaintiffs
1000 Farmer Street
Detroit, Michigan 48226
(313) 965-3464 telephone
(313) 965-0268 facsimile
_____/ .

## ORDER GRANTING PLAINTIFFS'
## VERIFIED MOTION FOR ALTERNATIVE SERVICE

Based upon Plaintiffs' Motion for Alternative Service, with Brief and Affidavit filed in support thereof,

IT IS HEREBY ORDERED THAT

Plaintiffs' Motion for Alternative Service is hereby GRANTED and Plaintiffs shall be permitted to obtain service on Defendant ARTISAN MICHIGAN INC., by posting a copy of the

1

Summons and Complaint on the front door of the defendant's registered office located at 12685 Arnold, Redford, Michigan 48239 or, alternatively, by leaving said Summons and Complaint with any responsible adult at that location, and also by mailing a copy of said documents by regular mail to defendant at the same address.

      S/Robert H. Cleland
      ROBERT H. CLELAND
      UNITED STATES DISTRICT JUDGE

Dated: April 17, 2008

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 17, 2008, by electronic and/or ordinary mail.

      S/Lisa Wagner
      Case Manager and Deputy Clerk
      (313) 234-5522