UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Trustees of the
LABORERS PENSION TRUST FUND - DETROIT & VICINITY;
LABORERS VACATION & HOLIDAY TRUST FUND - DETROIT & VICINITY; LABORERS METROPOLITAN DETROIT HEALTH & WELFARE FUND;
LABORERS ANNUITY FUND - DETROIT & VICINITY; and the
MICHIGAN LABORERS TRAINING FUND, trust funds established under, and administered pursuant to, federal law,

  Plaintiffs,

              Case No. 08-10328
              HON. ROBERT H. CLELAND

v.

ARTISAN MICHIGAN INC.,
a domestic Michigan corporation,

  Defendant.
_____/

## JUDGMENT FOR PLAINTIFFS

  At a session of said Court, held in the Theodore Levin United States Courthouse, City of Detroit, State of Michigan, on  December 18, 2009.

    PRESENT:  HON.     Robert H. Cleland
           U.S. DISTRICT JUDGE

  This matter having been heard pursuant to Plaintiffs' Motion for Default Judgment and the Court having decided to grant said Motion pursuant to FED.R.CIV.P. 55(b), **NOW, THEREFORE,**

  **IT IS HEREBY ORDERED AND ADJUDGED**

A.      Defendant entered into (or adopted) collective bargaining agreements with the Laborers Union and, pursuant to such agreements and applicable law, it (the defendant) is obligated to make fringe benefit contributions to plaintiffs for, or with respect to work performed by, those of its employees who were represented by the Laborers Union;

B.      Defendant is contractually obligated to plaintiffs for the period from (at the latest) January 2003;

C.      Defendant shall specifically perform all of the fringe benefit provisions of the collective bargaining agreements which it entered into with the Laborers Union;

D.      Defendant shall pay plaintiffs $7,831.45, the amount owing as ascertained by the audit conducted for the period from January 2003 to December 2008, including delinquent contributions and liquidated damages, with credit for partial payment;

E.      Defendant shall pay to plaintiffs $1,887.00, representing attorneys' fees and costs; and

F.      Defendant shall pay post-judgment interest at the rate set forth in 28 USC 1961 on the amount set forth above.

                                            S/Robert H. Cleland
                                            **ROBERT H. CLELAND**
                                            **UNITED STATES DISTRICT JUDGE**

**Dated:  December 18, 2009**

**I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 18, 2009, by electronic and/or ordinary mail.**

 **S/Lisa Wagner**
**Case Manager and Deputy Clerk**
**(313) 234-5522**